# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT DOCKET NUMBER: _____ (leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT DOCKET NUMBER: 04-241-GMS

GREGORY A. DENSTON

v.

STATE OF DELAWARE

DISTRICT COURT JUDGE: HONORABLE GREGORY M. SLEETS

Notice is hereby given that GREGORY A. DENSTON (Named Party) appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [ ] Order, [✓] Other (specify) DENIAL OF PETITION FOR WRIT OF HABEAS CORPUS PURSUANT 28 U.S.C. 2254

entered in this action on OCTOBER 4TH, 2005 (date)

Dated: OCT 18TH, 2005

**FILED OCT 24 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

_Gregory A. Denston_ - PRO·SE
(Counsel for Appellant-Signature)

PRO·SE
(Name of Counsel - Typed)

D.C.C. 1181 PADDOCK ROAD
(Address)

SMYRNA, DELAWARE 19977
(City, State Zip)

N/A
(Telephone Number)

_____
(Counsel for Appellee)

_____
(Address)

_____
(City, State Zip)

_____
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

# Certificate of Service

I, __GREGORY A. DENSTON__, hereby certify that I have served a true and correct cop(ies) of the attached: __NOTICE OF APPEAL__ _____ upon the following parties/person (s):

TO: UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
CLERK OF THE COURT
844 KING STREET, LOCKBOX #18
WILMINGTON, DELAWARE 19801

TO: _____

TO: MR. GREGORY E. SMITH ID NO #3869
DEPUTY ATTORNEY GENERAL
820 NORTH FRENCH STREET, 5TH FLOOR
CARVEL STATE BUILDING
WILMINGTON, DELAWARE 19801

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __18TH__ day of __OCTOBER__, 2005

_Gregory A. Denston_

I/M GREG DENSTON
SBI# 168698    UNIT 8.2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
" CLERK OF THE COURT "
844 KING ST.   LOCKBOX #18
WILMINGTON, DE    19801