```
                          I/M GREGORY A. DENSTON
                          SBI # 168692 UNIT S-1
                        DELAWARE CORRECTIONAL CENTER
                             1181 PADDOCK ROAD
                        SMYRNA, DELAWARE    19977
                          NOVEMBER 8 TH, 2005

                          DISTRICT COURT DOCKET #
                              04-CV-00241-GMS
```

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
  DISTRICT OF DELAWARE
844 KING STREET, LOCKBOX # 18
WILMINGTON, DELAWARE    19801



DEAR CLERK,

I GREGORY A. DENSTON WOULD LIKE TO PRESENT THIS TO THE HONORABLE COURT, ( FORMA PAUPERIS ) FOR MY APPEAL TO THE THIRD CURCIT COURT OF APPEALS. PLEASE NOTE I HAVE ALREADY SENT IN MY NOTICE OF APPEAL TO THIS HONORABLE COURT ON OR ABOUT OCTOBER 18 TH, 2005 ALSO DUE TO THE HEAVY CASE LOAD AT THE INSTITUTION, I,M STILL WAITING ON MY SIX MONTH FINANCIAL STATEMENTS THAT I WILL SEND IN AS SOON AS POSSIABLE.

                                        THANK YOU,
                                   RESPECTFULLY SUBMITTED,
                                   *[signature]*
                                   GREGORY A. DENSTON



CLERK OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
844 KING STREET
LOCKBOX #18
WILMINGTON, DELAWARE 19801

LEGAL MAIL

I/M GREG DENSTON
SBI# 168692   UNIT 5.2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

DOCKET # 04-841-GMS