AO 240 (Rev. 10/03)
DELAWARE (Rev. 1/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

GREGORY N. DENSTON
Plaintiff

V.

THOMAS CARROLL, WARDEN
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 04 CV 00241-GMS

I, GREGORY N. DENSTON declare that I am the (check appropriate box)

☑ Petitioner/Plaintiff/Movant   ○ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
NOV 14 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☑ Yes   ○ No   (If "No" go to Question 2)

    If "YES" state the place of your incarceration DELAWARE CORRECTIONAL CENTER
    1181 PADDOCK RD
    SMYRNA, DE. 19977
    Inmate Identification Number (Required): # 168652

    Are you employed at the institution? YES  Do you receive any payment from the institution? YES

    *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?  ☑ Yes   ○ No

    a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer $30.00 MONTHLY, PRISON INDUSTRIES DCC 1181 PADDOCK ROAD SMYRNA DE 19977
    b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment   ○ Yes   ☑ No
    b. Rent payments, interest or dividends              ○ Yes   ☑ No
    c. Pensions, annuities or life insurance payments    ○ Yes   ☑ No
    d. Disability or workers compensation payments       ○ Yes   ☑ No
    e. Gifts or inheritances                             ○ Yes   ☑ No
    f. Any other sources                                 ○ Yes   ☑ No

If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

## Certificate of Service

I, __GREGORY A. DENSTON__, hereby certify that I have served a true and correct cop(ies) of the attached: __FORMA PAUPERIS__ _____ upon the following parties/person(s):

TO: __CLERK OF THE COURT__

__UNITED STATES DISTRICT COURT__

__DISTRICT OF DELAWARE__

__844 KING STREET, LOCKBOX # 18__

__WILMINGTON, DELAWARE   19801__

TO: _____

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __8TH__ day of __NOVEMBER__, 200__5__

_/s/ Gregory A. Denston_



I/M GREG DEASTON
SBI# 168658  UNIT 5-L
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

DOCKET # 04-241 GMS

LEGAL MAIL

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
844 KING STREET
LOCKBOX #18
WILMINGTON, DELAWARE 19801