SBI# 168658  UNIT S.1
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Nov. 28th, 2005

RECEIVED
DEC 1 - 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

04cv241 GMS

Clerk Of The Court
United States District Court
For The District Of Delaware
844 King Street, Lockbox #18
Wilmington, Delaware, 19801

Dear Court Clerk,

Please except the rest of my forma pauperis, so I may proceed to the Third Circuit Court of Appeals.

Thank You,
Respectfully
Submitted.

[signature]

I/M GREG DEASTON
SBI# 168658   UNIT 5.2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

ATT TO:
CLERK OF
THE COURT



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
844 KING STREET, LOCKBOX #18
WILMINGTON, DELAWARE
19801

DISTRICT COURT NO# 04-CV-0084
THIRD CIRCUIT NO# 05-4755

Legal Mail