# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: _Greg Denston_  SBI#: _168692_  04cv241

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _November 17, 2005_

*RECEIVED DEC 1 – 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE*

---

Attached are copies of your inmate account statement for the months of _May 1, 2005_ to _October 31, 2005_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| May | 15.26 |
| June | 27.08 |
| July | 18.84 |
| Aug | 24.73 |
| Sept | 30.68 |
| Oct | 17.83 |

Average daily balances/6 months: _22.33_

Attachments
CC: File

_Stacy Shane_
11/17/05

_[signature]_
11-17-05

# Individual Statement

Date Printed: 11/16/2005 

Page 1 of 1

## For Month of May 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.53 |
|---|---|---|---|---|---|---|
| 00168692 | Denston | Gregory | | | | |
| Current Location: | S1 | | Comments: NSP | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 5/2/2005 | $71.79 | $0.00 | $0.00 | $72.32 | 100940 | | | |
| Canteen | 5/3/2005 | ($44.24) | $0.00 | $0.00 | $28.08 | 101866 | | | |
| Canteen | 5/10/2005 | ($27.01) | $0.00 | $0.00 | $1.07 | 104885 | | | |
| Mail | 5/26/2005 | $30.00 | $0.00 | $0.00 | $31.07 | 112039 | 753275742 | PRISON INDUSTRIES | I DENSTON |

Ending Mth Balance: $31.07

# Individual Statement

Date Printed: 11/16/2005

Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $31.07 |
|---|---|---|---|---|---|---|
| 00168692 | Denston | Gregory | | | | |

Current Location: S1        Comments: NSP

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 6/1/2005 | ($28.85) | $0.00 | $0.00 | $2.22 | 114080 | | | |
| Misc Wage | 6/1/2005 | $87.98 | $0.00 | $0.00 | $90.20 | 114248 | | PRISON INDUSTRIES | |
| Canteen | 6/7/2005 | ($67.86) | $0.00 | $0.00 | $22.34 | 117033 | | | |
| Canteen | 6/14/2005 | ($6.39) | $0.00 | $0.00 | $15.95 | 119753 | | | |
| Canteen | 6/21/2005 | ($15.62) | $0.00 | $0.00 | $0.33 | 122182 | | | |

Ending Mth Balance: $0.33

# Individual Statement

Date Printed: 11/16/2005

Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.33 |
|---|---|---|---|---|---|---|
| 00168692 | Denston | Gregory | | | | |
| Current Location: | S1 | | Comments: NSP | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 7/1/2005 | $79.25 | $0.00 | $0.00 | $79.58 | 126781 | | PRISON INDUSTRIES | |
| Canteen | 7/6/2005 | ($67.98) | $0.00 | $0.00 | $11.60 | 128197 | | | |
| Mail | 7/8/2005 | $25.00 | $0.00 | $0.00 | $36.60 | 129985 | 418188996 | | !DENSON |
| Canteen | 7/12/2005 | ($35.78) | $0.00 | $0.00 | $0.82 | 130533 | | | |

Ending Mth Balance: $0.82

# Individual Statement

## For Month of August 2005

Date Printed: 11/16/2005                                           Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.82 |
|---|---|---|---|---|---|---|
| 00168692 | Denston | Gregory | | | | |
| Current Location: | S1 | | Comments: NSP | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 8/2/2005 | $76.72 | $0.00 | $0.00 | $77.54 | 139472 | | | |
| Canteen | 8/3/2005 | ($0.79) | $0.00 | $0.00 | $76.75 | 139671 | | | |
| Misc Wage 109 | 8/8/2005 | $1.00 | $0.00 | $0.00 | $77.75 | 141744 | | | |
| Canteen | 8/9/2005 | ($71.70) | $0.00 | $0.00 | $6.05 | 142707 | | | |
| Canteen | 8/16/2005 | ($4.71) | $0.00 | $0.00 | $1.34 | 144927 | | | |
| Mail | 8/16/2005 | $25.00 | $0.00 | $0.00 | $26.34 | 145381 | 4597851207 | PRISON INDUSTRIES | I DENSTON |
| Canteen | 8/23/2005 | ($26.34) | $0.00 | $0.00 | $0.00 | 147738 | | RECREATION 7/4 | |

Ending Mth Balance: $0.00

# Individual Statement

Date Printed: 11/16/2005

Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00168692 | Denston | Gregory | | | | |
| Current Location: | S1 | | Comments: | NSP | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 9/1/2005 | $115.76 | $0.00 | $0.00 | $115.76 | 152035 | | PRISON INDUSTRIES | |
| Canteen | 9/6/2005 | ($69.78) | $0.00 | $0.00 | $45.98 | 153780 | | | |
| Pay-To | 9/9/2005 | ($10.00) | $0.00 | $0.00 | $35.98 | 155377 | | I DENSTON | |
| Canteen | 9/13/2005 | ($14.89) | $0.00 | $0.00 | $21.09 | 156961 | | | |
| Pay-To | 9/15/2005 | ($20.00) | $0.00 | $0.00 | $1.09 | 158479 | | DISTRICT COURT | |

Ending Mth Balance: $1.09

# Individual Statement

Date Printed: 11/16/2005

Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $1.09 |
|---|---|---|---|---|---|---|
| 00168692 | Denston | Gregory | | | | |

Current Location: S1    Comments: NSP

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 10/3/2005 | $95.17 | $0.00 | $0.00 | $96.26 | 164444 | | | |
| Canteen | 10/4/2005 | ($74.63) | $0.00 | $0.00 | $21.63 | 165880 | | | |
| Mail | 10/4/2005 | $35.00 | $0.00 | $0.00 | $56.63 | 166055 | 0418189572 | PRISON INDUSTRIES | I DENSTON |
| Canteen | 10/11/2005 | ($35.78) | $0.00 | $0.00 | $20.85 | 169794 | | | |
| Pay-To | 10/13/2005 | ($20.00) | $0.00 | $0.00 | $0.85 | 171586 | | DISTRICT COURT | |

Ending Mth Balance: $0.85