APS-180                                                                                                   March 30, 2006

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **05-4755**

GREGORY A. DENSTON

    v.

THOMAS CARROLL
      (D. Del. Civ. No. 04-cv-00241)

Present:     SLOVITER, MCKEE AND FISHER, <u>CIRCUIT JUDGES</u>

    Submitted are:

(1) Appellant's request for a certificate of appealability under 28 U.S.C.
    § 2253(c)(1);
(2) Appellant's memorandum of law in support thereof; and
(3) Appellant's motion for appointment of counsel
    in the above-captioned case.

          Respectfully,

          Clerk

MMW/DPW/arl

_____ORDER_____

The foregoing request for a certificate of appealability is denied, as jurists of reason could not debate that Appellant's 28 U.S.C. § 2254 habeas petition was untimely filed. <u>See</u> <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).  Statutory tolling cannot save Appellant's petition from dismissal and Appellant has made no showing sufficient to warrant equitable tolling.  <u>See</u> <u>Jones v. Morton</u>, 195 F.3d 153, 160 (3d Cir. 1999).  Appellant's motion for appointment of counsel is denied.



          By the Court,

          /s/ Theodore A. McKee
          Circuit Judge

A True Copy:

Marcia M. Waldron, Clerk

Dated: April 17, 2006

ARL/cc: GAD; GES